## (October 19, 1953.)

In the Matter of SAMUEL ZIEGLER, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections and County Board of Canvassers of the County of New York, et al., Respondents.— Order unanimously reversed and petition granted. On the particular facts disclosed herein, we think the court had jurisdiction and that the court should have granted a hearing on the appli-

cation. On condition that the petitioner Ziegler deposits with the Board of Elections the sum of $2,715 to defray the cost of a complete recount, the application for a recanvass, review and recount of all the ballots cast at the primary election for the office of member of the New York City Council, Twenty-third Senatorial District, of the Democratic party, is granted. All concur. Settle order. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.